Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., et al.,<br><br>Defendants. | Case No: 2:22-cv-05166-PA-JEM<br>_Hon. Percy Anderson Presiding_<br><br>**NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT a settlement to resolve all claims at issue in the action has been reached. Plaintiff anticipates the filing of a Stipulation of Dismissal of the Action within thirty (30) days of this filing, with each of the parties paying their own attorneys' fees and costs. In the interim, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: April 26, 2023         By:   /s/ *Kelsey Schultz*
                                    Scott Alan Burroughs, Esq.
                                    Trevor W. Barrett, Esq.
                                    Kelsey Schultz, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff